IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD L. BATES,

    Plaintiff,

vs.                                                   4:09-CV-26-SPM/GRJ

ELAINE GIONET, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Defendants' Motion for Extension of Time (doc. 62). As grounds for the motion, the Defendants state that they require additional time to respond to the Magistrate Judge's Report and Recommendation (doc. 61).

The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 62) is *granted*.

2.     The Defendants shall have until April 22, 2011, to file objections to the Magistrate Judge's Report and Recommendation.

**DONE AND ORDERED** this <u>eleventh</u> day of April, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge