IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD L BATES,

    Plaintiff,

v.                                                    CASE NO. 4:09-cv-26-SPM-GRJ

DIANE ANDREWS, et al,

    Defendants.

_____/

**O R D E R**

On August 2, 2011, the District Judge granted Defendants' motion to dismiss and entered judgment dismissing Plaintiff's claims against Defendants Nichols, Hosford, and Gionet. Doc. 65. The case was remanded to the undersigned for further proceedings. Doc. 65. Defendants' motion to dismiss did not address the claims against Defendants Capers, Andrews, and Vargas, asserted in Plaintiff's third amended complaint as Claims Three, Five, and Ten. *See* Docs. 20, 45. Based upon Defendants' objections to the Report and Recommendation on Defendants' motion to dismiss, it appears that some or all of Plaintiff's remaining claims may be subject to dismissal pursuant to *O'Bryant v. Finch*, 2011 WL 1261132 (11th Cir. 2011). Accordingly, it is **ORDERED**:

Defendants shall advise the Court **on or before September 12, 2011,** as to whether Defendants' intend to seek dismissal of Plaintiff's remaining claims. If Defendants do not intend to seek such dismissal, the Court will issue a case management and scheduling order for the remaining claims. If the Defendants intend to file a further motion to dismiss or motion for summary judgment on this ground, such

motion should be filed **on or before September 30, 2011**.  Upon the filing of such a motion, the Court will afford Plaintiff an opportunity to respond.

**DONE AND ORDERED** this 2nd day of September 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge