IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD L BATES,

    Plaintiff,

v.                                                          CASE NO. 4:09-cv-26-SPM-GRJ

DIANE ANDREWS, et al,

    Defendants.

_____/

## O R D E R

    On August 2, 2011, the Court granted Defendants' motion to dismiss and entered judgment dismissing Plaintiff's claims against Defendants Nichols, Hosford, and Gionet.  Doc. 65.  Defendants have now filed a second motion to dismiss the remaining Defendants (Capers, Andrews, and Vargas).  Doc. 68.  Plaintiff has not responded to the Motion.  Accordingly, it is **ORDERED**:

    Plaintiff shall file a response to Defendants' second motion to dismiss, Doc. 65, **on or before November 17, 2011**, following which the Court will take the motion under advisement.

    **DONE AND ORDERED** this 18th day of October 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge