IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD L. BATES,

    Plaintiff,

vs.                          CASE NO.: 4:09-CV-26-SPM/GRJ

ELAINE GIONET, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's motion (doc. 72) for reconsideration of the Order (doc. 65) adopting the Report and Recommendation and granting the Motion to Dismiss in part. Upon consideration, the motion is **denied**.

DONE AND ORDERED this 4th day of January, 2012.

                        *S/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Senior United States District Judge