IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD L. BATES,

    Plaintiff,

vs.                                    CASE NO.: 4:09-CV-26-SPM/GRJ

ELAINE GIONET, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 74) which recommends that Defendants' Second Motion to Dismiss (doc. 68) be granted. Plaintiff filed objections (doc. 75).

Upon consideration, and despite Plaintiff's objections, I have determined that the Report and Recommendation is correct and should be adopted. Plaintiff's objections essentially restate facts from his complaint and arguments previously made in his response to the second motion to dismiss. Because the issues in this case are adequately discussed in the Report and Recommendation and the Court fully agrees with the Magistrate Judge's determination, there is no

need to re-address Plaintiff's arguments.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. The Magistrate Judge's Report and Recommendation (doc. 74) is **adopted** and incorporated by reference into this order.

2. Defendants' Second Motion to Dismiss (doc. 68) is **granted**.

3. This case is dismissed.

DONE AND ORDERED this 23rd day of February, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge